IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 18-cr-03020-01-S-RK |
| | ) | |
| MILTON RUSSELL CRANFORD, | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO CONTINUE DETENTION HEARING

Defendant Milton Cranford, by and through counsel, respectfully moves this Court to continue his pretrial detention hearing until Friday, March 16, 2018 at 1:00 p.m. In support of this request, Mr. Cranford states as follows:

1. Mr. Cranford was indicted on February 20, 2018 and arrested at his residence in Bentonville, Arkansas the following day. Mr. Cranford accepted transfer to this District on February 23, 2018. Mr. Cranford was detained in Fayetteville, Arkansas between February 21, 2018 and March 2, 2018, when he was moved to Oklahoma City, Oklahoma. On March 9, 2018 he was moved briefly to Grady County, Oklahoma before being brought to Greene County, Missouri.

2. The undersigned counsel is in receipt of a significant volume of evidence that the government intends to introduce at Mr. Cranford's detention hearing. A large portion of that evidence was not provided to the undersigned counsel until today, March 12, 2018.

3. The undersigned counsel has represented Mr. Cranford in this matter for several years, including throughout extensive pre-indictment plea negotiations with the government.

However, the undersigned counsel has not had the opportunity to confer with Mr. Cranford in person since his arrest.

4. Additionally, the lead attorney in this matter, Nathan F. Garrett, is unavailable to appear on Mr. Cranford's behalf until Friday, March 16, 2018 due to out of state travel.

5. The undersigned counsel is in the process of reviewing the government's evidence. The undersigned counsel is scheduled to meet with Mr. Cranford in Greene County, Missouri tomorrow to discuss the government's evidence related to the detention proceeding. By Friday, March 16, 2018 Mr. Garrett will be available to appear on Mr. Cranford's behalf.

6. Mr. Cranford has been informed of and understands the need for this continuance. The request is for good cause and will not result in undue delay. No party will be prejudiced by the brief continuance and it should not delay resolution of this case.

WHEREFORE, Defendant Milton Cranford respectfully requests that the Court grant this Motion to Continue Detention Hearing and enter an order scheduling the hearing for Friday, March 16, 2018.

Respectfully submitted,

**GRAVES GARRETT LLC**

*s/ Kathleen A. Fisher*
Nathan F. Garrett
Kathleen A. Fisher
Joseph M. McGroder
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
ngarrett@gravesgarrett.com
kfisher@gravesgarrett.com
jmcgroder@gravesgarrett.com

*Counsel for Defendant Milton Cranford*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 12, 2018, a true and correct copy of the foregoing pleading was served via the Court's electronic online filing system, in accordance with the Federal Rules of Criminal Procedure, to all attorneys of record.

*s/ Kathleen A. Fisher*
Counsel for Defendant Milton Cranford