IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MILTON RUSSELL CRANFORD,<br><br>            Defendant. | Case No. 18-cr-03020-01-S-RK |

## ENTRY OF APPEARANCE

Now comes the United States of America, by and through the Public Integrity Section, Criminal Division, Department of Justice, and gives notice to this Honorable Court of the undersigned Trial Attorney as counsel for the Government in the above-referenced action.

Respectfully submitted this 13th day of March, 2018.

                                                /s Marco A. Palmieri
                                                Marco A. Palmieri
                                                Trial Attorney
                                                United States Department of Justice
                                                Criminal Division, Public Integrity Section
                                                1400 New York Ave. NW
                                                Washington, DC  20005
                                                (202) 307-1475
                                                marco.palmieri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to all attorneys of record.

> */s Marco A. Palmieri*
> Marco A. Palmieri
> Trial Attorney
> United States Department of Justice
> Criminal Division, Public Integrity Section
> 1400 New York Ave. NW
> Washington, DC 20005
> (202) 307-1475
> marco.palmieri@usdoj.gov

2