# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     May 7, 2018

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush commencing on, April 10, 2018, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements.** <u>**Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.**</u> Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing May 7, 2018.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is June 11, 2018, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

<u>**April 10, 2018**</u>

**The following cases are set at 9:00 a.m. before Judge Rush:**

| | | | |
|---|---|---|---|
| 18-03009-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Cole Ryan Marshall | Ann Koszuth |
| | | | |
| 16-03096-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | Frank Patrick Lambert | David Mercer |
| | | | |
| 18-05010-CR-SW-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | James Loyd Wainright | David Mercer |

| Case Number | | Party | Attorney |
|---|---|---|---|
| 18-03034-CR-S-MDH | | United States | Randy Eggert |
| | | v. | |
| | -01 | Jennifer Rulo | Ann Koszuth |
| 18-05007-CR-SW-MDH | | United States | Randy Eggert |
| | | v. | |
| | -01 | Michael P. Hoss | Michelle Moulder |
| 18-05008-CR-SW-MDH | | United States | Randy Eggert |
| | | v. | |
| | -03 | Vanessa A. Anderson | Penny Speake |
| | -05 | Kenneth D. Ingle | Kristin Jones |
| 18-05009-CR-SW-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Richard Ray Thuerauf | Ian Lewis |
| 18-03005-CR-S-MDH | | United States | Jody Larison |
| | | v. | |
| | -01 | John M. McKinney | Elizabeth Turner |
| 18-03025-CR-S-MDH | | United States | Casey Clark |
| | | v. | |
| | -01 | Richard W. Toler | Ian Lewis |

| | | |
|---|---|---|
| 18-03031-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Sean Patrick O'Brien | Ian Lewis |
| | | |
| 18-03030-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Robert Phouc Huynh | Joe Passanisse |
| | | |
| 15-05008-CR-SW-RK | United States | Ami Miller |
| | v. | |
| -01 | Michael Douglas Peterson | David Mercer |
| | | |
| 17-03088-CR-S-BP | United States | Jody Larison |
| | v. | |
| -01 | Richard D. Friederich | Ian Lewis |
| | | |
| 17-5040-CR-SW-MDH | United States | Ami Miller |
| | v. | |
| -01 | Lasonya Poindexter | Michelle Law |
| | | |
| 17-03109-CR-S-RK | United States | Jim Kelleher |
| | v. | |
| -01 | Noble Suazo | David Mercer |

| Case | Plaintiff | AUSA | Defendant | Defense Counsel |
|---|---|---|---|---|
| 17-03126-CR-S-MDH | United States | Jody Larison | | |
| -01 | | | William F. Jones | Stuart Huffman |
| -02 | | | Jeffery K. Woosley | Don Cooley |
| 17-03104-CR-S-BP | United States | Jody Larison | | |
| -01 | | | Mark J. Altschuler | Dee Wampler |
| 17-03130-CR-S-MDH | United States | Ami Miller | | |
| -01 | | | Steven Edward Moffis | Michelle Law |
| 17-03121-CR-S-SRB | United States | Randy Eggert | | |
| -01 | | | Jonathan Williams | Erica Mynarich |
| -02 | | | Anthony A. Bartoszkiewicz | Megan McCullough |
| 17-03045-CR-S-MDH | United States | Ami Miller | | |
| -01 | | | Kelly Maritn Roods | Ian Lewis |
| 17-03089-CR-S-BCW | United States | Ami Miller | | |
| -01 | | | George Ralph Pollock | Jason Coatney |

| | | | |
|---|---|---|---|
| 17-03037-CR-S-SRB | | United States | Abe McGull |
| | | v. | |
| | -01 | Jose Aguliar-Cruz | Kristin Jones |
| | -03 | Lyndall Clarence Shive | Josh Roberts |
| | -04 | Dallas Ray Pendergrass | David Back |
| | -05 | Tracy Doyle | Alison Hershewe |
| | -06 | Jose Guillermo Gonzales | Marsha Jackson |
| | -07 | Jacob Mark Loo | Russ Dempsey |
| | | | |
| 17-03096-CR-S-SRB | | United States | Nhan Nguyen |
| | | v. | |
| | -02 | Roosevelt Simpson | Darryl Johnson |
| | -03 | Michael L. Hester | Ann Koszuth |
| | -04 | Najee Boston | Adam Woody |
| | -07 | Levert L. Cook | Alison Hershewe |
| | -08 | Antonio J. Jones | Penny Speake |
| | | | |
| 17-05030-CR-SW-BCW | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Heradio Rios-Zarate | Ian Lewis |
| | -02 | Rebecca Castillo | James Hayes |
| | | | |
| 16-05026-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Serigo Diaz-Ortiz | Darryl Johnson |

| | | | |
|---|---|---|---|
| 16-03056-CR-S-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Brandon D. McDonald | David Back |
| 17-03038-CR-S-BP | | United States | Jody Larison |
| | | v. | |
| | -01 | Bradley Blas | Stuart Huffman |
| 17-03144-CR-S-RK | | United States | Jody Larison |
| | | v. | |
| | -01 | Nathaniel R. Eisenhour | Shane Cantin |
| 17-03073-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Clifford Benjamin Kinkade | Michelle Moulder |
| 14-03106-CR-S-MDH | | United States | Randy Eggert |
| | | v. | |
| | -01 | Kenneth Friend | Stuart Huffman |
| 18-03021-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Michael S. Schindele | Joe Passanise |

| | | | |
|---|---|---|---|
| 18-05001-CR-SW-MDH | | United States | Randy Eggert |
| | | v. | |
| | -01 | Jason Smith | Ann Koszuth |
| | -02 | Steven Ramirez | Brian Risley |
| | -03 | Saul Villa-Guzman | Josh Roberts |
| | -04 | Ronald Buckner | Shane Cantin |
| | -05 | Francisco Hernandez | Ben McBride |
| | -06 | Ruben Marin, Jr. | Ryan Reynolds |
| | | | |
| 17-03007CR-S-RK | | United Stats | Jody Larison |
| | | v. | |
| | -01 | Randy G. Dabney | John Appelquist |
| | -03 | Christopher R. Mays | Kristin Jones |
| | -04 | Michael Boehm | Darryl Johnson |
| | -06 | Mark A. James | Penny Speake |
| | | | |
| 18-05006-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Rahmen A. Griffin | Ann Koszuth |
| | | | |
| 18-03026-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Christopher Paul Chmela | David Mercer |

| | | |
|---|---|---|
| 18-03035-CR-S-RK | United States | Randy Eggert |
| | v. | |
| -01 | Hardell Cornelius Miller | Bob Lewis |
| | | |
| 18-03022-CR-S-RK | United States | Nhan Nguyen |
| | v. | |
| -01 | Mark A. Cole | Michelle Moulder |
| | | |
| 18-03033-CR-S-MDH | United States | Jody Larison |
| | v. | |
| -01 | Dawaun White | Ian Lewis |
| | | |
| 18-03020-CR-S-RK | United States | Steven Mohlenrich |
| | v. | |
| -01 | Milton Russell Cranford | Nathan Garrett |

                                              */s/ David P. Rush*
                                              DAVID P. RUSH
                                UNITED STATES MAGISTRATE JUDGE

Date: March 20, 2018